**Opinion issued April 17, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00395-CV

————————————

## IN RE BEVERLY BROOKS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On April 17, 2026, Relator Beverly Brooks filed an Emergency Petition for Writ of Mandamus challenging the trial court's April 13, 2026 "Order Granting KD's Motion to Withdraw Funds From Court's Registry and Denying Plaintiff's Request for Interest."[1] The challenged order (1) grants Real Party In Interest

---

[1] The underlying case is *Beverly Brooks v. Metropolitan Transit Authority of Harris County, Texas*, cause number 2013-19862, pending in the 269th District Court of Harris County, Texas, the Honorable Cory Sepolio presiding.

Kirkendall Dwyer, LLP's motion to withdraw funds from the court's registry; (2) orders that the entire amount of funds in the registry be released to Kirkendall Dwyer immediately, and (3) denies Brooks's request to withdraw a portion of registry funds arising from interest accrued on the funds.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.